**People of the State of Illinois, Appellee, v. Albert Scott, Appellant.**

Gen. No. 65–10. 

Fifth District.

March 25, 1966.

 Curt C. Lindauer, Jr., of Belleville, for appellant; John M. Karns, Jr., State's Attorney, of Belleville (Kenneth J. Juen, Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.